UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OCHOA,<br><br>Petitioner,<br><br>v.<br><br>LOS ANGELES COUNTY<br>SUPERIOR COURT, et al.,<br><br>Respondents. | Case No. 2:25-cv-09226-DOC-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 37). No objections to the R&R were filed, and the deadline for filing such objections has passed.[1] The Court accepts the

---

[1] After issuing the R&R, the Court received returned mail that had been sent to Petitioner Daniel Ochoa at the address on file in the Court's electronic filing system, CM/ECF. (Dkt. 40.) The returned mail, entered on CM/ECF on May 12, 2026, was an order striking Petitioner's Ex Parte Application for Injunctive Relief and Motion to Stay State Court Proceedings (Dkt. 34). (Dkt. 36.) As of June 11, 2026, the R&R and accompanying notice have not been returned as undeliverable. Moreover, Petitioner was ordered in his ongoing civil rights case, 2:26-cv-03336-DOC-KES, to file a Notice of Change of Address by June 10, 2026, if his current mailing address is no longer: Daniel Ochoa, General Delivery, North Hollywood,

1

report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Judgment be entered denying the Petition pursuant to Younger abstention; (2) the Court deny the (a) Petition for Writ of Mandate (Dkt. 17, 28) and (b) Motion to Assert Jurisdiction and Set Trial Date (Dkt. 20); and (3) the Court dismiss this habeas action without prejudice.

DATED:  June 16, 2026

_David O. Carter_____

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

---

CA 91603.  (Dkt. 28 (citing Local Rule 41-6).)  Petitioner did not file anything by the aforementioned deadline.  Therefore, the Court is satisfied that Petitioner received the R&R in this case, had notice of the deadline by which objections needed to be filed, and elected not to do so.

2