JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL OCHOA,

         Petitioner,

    v.

LOS ANGELES COUNTY
SUPERIOR COURT, et al.,

         Respondents.

Case No. 2:25-cv-09226-DOC-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied without prejudice pursuant to Younger abstention.

DATED: June 16, 2026

_David O. Carter_
_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE